UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                    Plaintiff,

          - against -

201 PEARL PARKING CORP., d/b/a iPark
Imperial Parking, and 211 PEARL L.L.C.,

                    Defendants.

**ORDER OF DISMISSAL**

22 Civ. 1610 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

The Court having been advised that all claims asserted herein have been settled, it

is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without

costs; provided, however, that if the settlement is not consummated within forty-five days of this

order, either party may apply by letter within the forty-five-day period for restoration of the

action to the calendar of the undersigned, in which event the action will be restored.  The Clerk

of Court is directed to close the case.  Any pending dates and deadlines are adjourned sine die,

and any pending motions are moot.

Dated:  New York, New York
          October 19, 2022

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge